IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | No. 4:17CR 217 |
| WILLIAM BROWN | § | Judge Crone |

FILED
DEC 13 2017
Clerk, U.S. District Court
Texas Eastern

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### Count One

Violation: 26 U.S.C. § 5861 (Possession of an unregistered Short Barrel Shotgun)

On or about October 30, 2017, in the Eastern District of Texas, **William Brown**, defendant, knowingly received and possessed a firearm, namely, a Remington 12 gauge shotgun, Model 870, Serial Number RS13522X, in which the barrel had been altered and measured 15 inches in length not registered to him in the National Firearms Registration and Transfer Record, in violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871

In violation of 26 U.S.C. § 5861(d).

### Count Two

Violation: 18 U.S.C. § 922(n)
(Receiving a Firearm While Under Indictment)

On or about October 30, 2017, **William Brown**, defendant, did knowingly possess a firearm in the Eastern District of Texas, namely a Remington 12 gauge shotgun, Model

870, Serial Number RS13522X, in which the barrel had been altered and measured 15 inches in length, while under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit: Theft of Property, in Smith County, Case Number 114-1717-16, said firearm having been shipped and transported in interstate commerce.

In violation of 18 U.S.C. § 922(n).

## NOTICE OF INTENTION TO SEEK CRIMINAL FORFEITURE

As a result of committing the offense charged in this Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d), 26 U.S.C. § 5872, 28 U.S.C. 2461, and 49 U.S.C. § 80303, all property used to commit or facilitate the offenses, proceeds from the offenses, and property derived from proceeds obtained directly or indirectly from the offenses.

   a. a Remington 12 gauge shotgun, Model 870, Serial Number RS13522X, in which the barrel had been altered and measured 15 inches in length.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
ACTING UNITED STATES ATTORNEY

_____         12/13/17
TRACEY M. BATSON                        Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR____ |
| | § | Judge _____ |
| WILLIAM BROWN | § | |

## NOTICE OF PENALTY

### Count One

Violation:   26 U.S.C. § 5861

Penalty:   Imprisonment for a term of not more than ten years, a fine not to exceed $250,000.00, or both; and supervised release of at least three years.

Special Assessment: $100.00

### Count Two

Violation:   18 U.S.C. § 922(n)

Penalty:   Imprisonment for not more than five years; a fine not to exceed $250,000, or both. A term of supervised release of not more than three years.

Special Assessment: $100.00