DATE 3/29/18
LOCATION Plano
JUDGE Kimberly C. Priest Johnson
DEPUTY CLERK Toya McEwen
COURT REPORTER Digital Recording
USPO: Tiffany Routh
Interpreter:
BEGIN: 11:54 am

CASE NUMBER 4:17-cr-217 MAC/CAN
USA Tracey Batson _____ Assigned
V Andrew Stover _____ Appeared

WILLIAM BROWN
Defendant
Denise Benson _____ FD
Attorney

FILED
MAR 29 2018
Clerk, U.S. District Court
Texas Eastern

- [x] INITIAL APPEARANCE
- [x] ATTORNEY APPOINTMENT HEARING
- [ ] ARRAIGNMENT
- [ ] DETENTION HEARING

- [x] Hearing Held  [ ] Hearing Called  [x] Defendant Sworn  [ ] Interpreter Required
- [x] Dft appears: [ ] with counsel  [x] without counsel  [ ] pro se  [ ] Counsel appears on behalf of defendant
      Appears on: [x] Indictment
- [x] Defendant is the person as named in the Indictment.
- [ ] Defendant is NOT the person as named in the Indictment, _____ name given.
- [ ] Defendant advised of Constitutional rights.  [ ] Defendant acknowledged understanding Constitutional rights.
- [ ] Defendant advised for the right to Consular notification.  [ ] Defendant acknowledged understanding right to Consular notification.
- [x] Date of arrest: Writ  (Other district court & case #) _____
- [x] Dft  [ ] found competent by the Court to proceed with hearing  [ ] Defendant advised of Constitutional rights
      [ ] advised of right to remain silent  [x] advised of charges  [x] advised of maximum penalties
      [x] advised of right to counsel  [x] received copy of indictment  [x] waived reading of indictment

- [ ] Dft first appearance with counsel [ ] CJA appointed [ ] Retained [ ] Federal Public Defender appointed
      Attorney: _____
- [ ] Dft advises the Court that he/she [ ] has counsel who is _____ or, [ ] will hire counsel.
- [ ] If dft cannot retain counsel, the court is to be advised within ___ days so counsel may be appointed.
- [ ] Dft Requests appointed counsel, is sworn & examined re: financial status.
- [x] Financial affidavit executed by dft. The court finds the defendant [ ] able [x] unable to employ counsel.
- [ ] _____ appointed  [x] U.S. Pub Defender Denise Benson _____ appointed

- [x] USA ORAL motion for detention
- [ ] USA ORAL motion for continuance  [ ] Oral Order granting continuance  [ ] Oral Order denying continuance
- [ ] Defendant ORAL motion to continue detention hearing
- [ ] Oral Order granting continuance  [ ] Oral Order denying continuance
- [ ] Detention Hrg set _____
- [ ] Arraignment set _____
- [ ] Order setting conditions of release  [ ] PR Bond executed
- [x] Detention Hearing waived.
- [x] Court found Waiver of detention hearing is knowingly and voluntarily given. Defendant detained based on signed Waiver.
- [ ] Defendant _____ remanded to custody of U.S. Marshal.

CRIM 92-116   [ ] See reverse/attached for additional proceedings   11:59 am Adjourn

☐ Dft motion _____
☐ Gvt motion _____
☐ Defendant failed to appear ☐ oral order for arrest warrant; ☐ bond forfeited

## ARRAIGNMENT

☑ Arraignment held. ☐ Arraignment called. ☐ Arraignment reset: _____

☑ Dft ☑ with counsel ☐ without counsel ☐ pro se ☐ Counsel appears on behalf of defendant

☑ Dft ☐ received copy of charges ☑ discussed charges with counsel ☐ charges read
☑ waived reading of charges ☐ advised of maximum penalties

Dft enters a plea of: ☑ not guilty ☐ guilty ☐ nolo
to counts: ☑ 1 ☑ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12
☐ all counts; other counts _____

☑ Pretrial Discovery and Inspection Order to be entered. Case set for final pretrial conference / jury selection and trial setting on:
**Monday, June 4, 2018, at 9:00 am in United States Courthouse before Judge Marcia A. Crone, in Plano, Texas**

☐ _____

☐ Defendant motion _____

☑ Defendant remanded to custody USM ☐ Defendant RELEASED on conditions of release after out-processing by USMO

☑ Recess __11:59 am__

CRIM 92-116 ☐ See reverse/attached for additional proceedings _____ Adjourn