IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:17CR217 |
| | § | Judge Crone |
| WILLIAM BROWN | § | |

## NOTICE OF PLEA AGREEMENT

The United States of America would show the Court that the defendant, **William Brown**, and the government have entered into a plea in relation to the charges now pending before this Court.

Respectfully submitted,

JOSEPH D. BROWN
United States Attorney

___/s/_____
TRACEY M. BATSON
Assistant United States Attorney
Texas Bar No. 00784119
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
Tracey.Batson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via CM-ECF electronic filing to defense counsel on July 16, 2018.

___/s/_____
TRACEY M. BATSON