IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | No. 4:17CR217 |
| v. | § | Judge Crone |
| | § | |
| WILLIAM BROWN | § | |

## FACTUAL BASIS

IT IS HEREBY STIPULATED by **William Brown**, defendant herein, that the following facts are true and correct, and that he understands and agrees, with the express consent of his counsel, **Denise Benson**, that this Factual Basis may be used by the Court to determine whether his plea is voluntary and knowing and by the probation officer and Court to determine an appropriate sentence for the offense to which he is pleading guilty:

1. On or about October 30, 2017, officers with the Plano Police Department received information that led them to a residence in the Eastern District of Texas. Upon arrival at the residence, officers received consent to search from the homeowner.

2. Officers located a Remington 12 gauge shotgun, Model 870, Serial Number RS13522X inside the bedroom in which **William Brown** was currently residing. The barrel of the firearm had been altered and measured 15 inches in length.

3. After waiving his Miranda rights, **Brown** stated that the firearm belonged to a friend and that he (**Brown**) had placed the firearm inside the bedroom.

4. A check with the National Firearms Registration and Transfer Record revealed that the firearm was not registered to **Brown**.

5. I, **William Brown**, knew that I received and possessed the firearm described above and that the firearm had a shortened barrel length of less than 18 inches. I further agree that this firearm was or could have been readily operational.

6. The firearm described above falls within the definition of "firearm" as found in 26 U.S.C. § 5845.

7. The firearm described above was not manufactured in the State of Texas, and had traveled in interstate commerce.

### DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and acknowledge without reservation that it accurately describes the events and my acts which constitute a violation of 26 U.S.C. § 5861.

Dated: 7-14-18

_William Brown_
WILLIAM BROWN
Defendant

## DEFENSE COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and have reviewed it with my client, **William Brown**. Based upon my discussions with my client, I am satisfied that he understands the Factual Basis.

Dated: 7/14/18

                                                      DENISE BENSON
                                                      Attorney for Defendant