| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | CRIMINAL ACTION NO. 4:17cr217 |
| | § | |
| WILLIAM BROWN (1) | § | |

**ORDER**

Defendant, William Brown's motion for extension of time to file objections to the presentence report (#34) is GRANTED. Defendant's Objections shall be filed on or before October 10, 2018.

SIGNED at Beaumont, Texas, this 28th day of September, 2018.

*[signature: Marcia A. Crone]*

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE