| | | |
|---|---|---|
| DATE    11/16/2018 | CASE NUMBER    4:17cr217(1) | |
| LOCATION    PLANO/BMT | Tracey Batson | Assigned |
| JUDGE    Marcia Crone    VS | Tracey Batson | Appeared |
| DEPUTY CLERK   Bonnie Sanford | | |
| RPTR/ECRO    Tonya Jackson | WILLIAM BROWN | |
| USPO   Robert Long | Defendant | |
| INTERPRETER:   not required | | |
| | Denise Benson | |
| | Attorney | |

BEGIN 2:23 pm / 2:38 pm

**VIDEO SENTENCING**

X . . . . . .    Video Sentencing held

| CT | CUSTODY | FINE | REST | JVTA | SUP/REL | CC/CS | W/CT | SP/ASSESS |
|---|---|---|---|---|---|---|---|---|
| 1 | 87 months | | | | 3 years | | | $100.00 |
| | | | | | | | | |
| | | | | | | | | |

Objection overruled.

The court adopts the facts as set forth in the presentence report.

The court recommends drug treatment while incarcerated.

Govt motion to dismiss remaining count granted.
The court recommends FCI Texarkana, TX.

Defendant remanded to US Marshal.

X . . . . . .    **Dft advised of right to appeal plea and/or sentence, and apply for court appointed counsel.**

**CRIM 92-118**      ☐ See reverse/attached for additional proceedings      _____ Adjourn