

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § | No. 4:17cr217 |
| WILLIAM BROWN (1) | § | |

### WAIVER OF RIGHTS AND CONSENT TO PROCEED BY VIDEO CONFERENCE

I, William Brown, the above named defendant, who is charged in an indictment with violation of 26 U.S.C. § 5861, 26 U.S.C. § 5871, Possession of an Unregistered Short Barrel Shotgun, hereby voluntarily waive any and all rights I may have pursuant to the Confrontation Clause of the Sixth Amendment to the United States Constitution and pursuant to FED. R. CRIM. P. 43 and 11 and consent to proceed by video conference in the sentencing hearing.

Executed this the 16th day of November, 2018.

_____
Defendant

_____
Marcia A. Crone
United States District Judge

_____
Attorney for Defendant